| | |
|---|---|
| **Federal Defenders** | Eastern District |
| OF NEW YORK, INC. | One Pierrepont Plaza, 16th Floor |
| | Brooklyn, NY 11201 |
| | Tel: (718) 330-1200 Fax: (718) 855-0760 |

Tamara L. Giwa  
*Executive Director*

Michelle A. Gelernt  
*Attorney-in-Charge*

September 15, 2025

**By ECF**
The Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

### United States v. Hashimi et al., 22 CR 553 (ENV)

Dear Judge Vitaliano:

  In accordance with the Court's Individual Rule III. D. Abdullah At Taqi provides this letter specifying the documents filed in relation to his *in limine* motions.

  Mr. At Taqi's motions *in limine* (ECF Doc. No. 119), the government's response to the motions *in limine* (ECF Doc. No. 121), and Mr. At Taqi's reply are bundled in this filing

            Respectfully submitted,

            /s/
            MICHAEL K. SCHNEIDER
            Federal Defenders of NY, Inc.
            One Pierrepont Plaza, 16th Floor
            Brooklyn, N.Y. 11201
            (718) 330-1161

            /s/
            SABRINA P. SHROFF
            80 Broad Street, 19th Floor
            New York, NY 10004
            (646) 763-1490

            *Attorneys for Mr. Abdullah At Taqi*

cc:  Clerk of the Court (by ECF)
    AUSA Nina C. Gupta (by ECF and email)
    AUSA Gilbert M. Rein (by ECF and email)
    AUSA Ellen H. Sise (by ECF and email)
    Mr. Cesar De Castro (by ECF and email)