DOCKET NUMBER: 22cr553 (ENV)　　　　　　　　Date: 10/24/2025

USA v. Abdullah At Taqi

CRIMINAL CAUSE FOR <u>TRIAL- DAY 12 (FINAL)</u>

Date Received By Docket Clerk:_____　　　Docket Clerk Initials:_____

BEFORE JUDGE: ERIC N. VITALIANO　　　　　　　TIME IN COURT: 2 hours

<u>DEFENDANT</u>　　　　　　　　　　　　　　　　<u>ATTORNEY</u>

Abdullah At Taqi　　　　　　　　　　　　　　　Michael Schneider, Federal Defenders

　　　　　　　　　　　　　　　　　　　　　　　Sabrina Shroff, CJA

---

A.U.S.A.: Nina Gupta, Ellen Sise and Gilbert Rein

CASE MANAGER: William Villanueva

COURT REPORTER: Charleane Heading

INTERPRETERS: n/a

- Jury continues deliberations
- Jury reaches a verdict
- <mark>Guilty on Counts 1-3</mark>
- Parties to submit a proposed briefing schedule