**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

November 4, 2025

**By ECF**

The Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   *United States v. Hashimi, et al.*, 22 CR 553 (ENV)

Dear Judge Vitaliano:

    I write, on behalf of Mr. At Taqi and with the consent of the government, to request that the Court extend the time within which defendant must file his post-trial motions and adopt the following schedule for motions to be filed under Fed.R.Crim.P. 29 and 33:

    Defendant's motions will be filed by December 1, 2025
    The government will respond by December 22, 2025
    Defendants' reply will be filed by January 5, 2026

    Thank you for your attention to this matter.

Respectfully submitted,

/s/

Michael K. Schneider, Esq.
Sabrina Shroff, Esq.

cc:   Clerk of the Court (by ECF)
      Counsel of record (by ECF and email)

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: _11/04/2025_

/s/ Eric N. Vitaliano
_____
Eric N. Vitaliano
United States District Judge