UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
UNITED STATES OF AMERICA :
:
:
: VERDICT SHEET
-against- :
: 1:22-cr-553 (ENV)
ABDULLAH AT TAQI, :
:
Defendant. :
------------------------------------------------------------ x

WE, THE JURORS, DULY DRAWN AND SWORN TO TRY THIS ACTION, IN ACCORDANCE WITH PRINCIPLES OF LAW AS CHARGED BY THE COURT, SAY WE FIND OUR VERDICT BY ANSWERING THE FOLLOWING QUESTIONS SUBMITTED BY THE COURT:

I. **COUNT ONE: CONSPIRACY TO PROVIDE MATERIAL SUPPORT TO A FOREIGN TERRORIST ORGANIZATION**

As to Count One of the Indictment, how do you find the defendant ABDULLAH AT TAQI?

Guilty __X__      Not Guilty _____

II. **COUNT TWO: ATTEMPT TO PROVIDE MATERIAL SUPPORT TO A FOREIGN TERRORIST ORGANIZATION**

As to Count Two of the Indictment, how do you find the defendant ABDULLAH AT TAQI?

Guilty __X__      Not Guilty _____

1



COURT'S
EXHIBIT NO. 10
IDENTIFICATION/EVIDENCE
DKT.# 22 CR 553
DATE: 10/24/25

### III. COUNT THREE: CONSPIRACY TO COMMIT MONEY LAUNDERING

As to Count Three of the Indictment, how do you find the defendant ABDULLAH AT TAQI?

Guilty  **X**     Not Guilty _____

_____      October 24, 2025
**FOREPERSON'S SIGNATURE**             **DATE**

**Please advise the Court by separate note that you have reached a verdict.**

2